IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN THE MATTER OF: )
)
MARIA ISABEL SANCHEZ, ) C.A. No. B-96-004
)
        Petitioner. )
_____)

MOTION TO DENY MOTION FOR JUDICIAL
REVIEW OF DENIAL OF NATURALIZATION
AND DISMISS CASE

COMES NOW, the Immigration and Naturalization Service ("Service") moves the Court to deny the Petitioner's motion for judicial review of the denial of her naturalization and dismiss the matter for failure to prosecute. According to the Service's administrative file, the Petitioner's application for naturalization was denied because she did not demonstrate sufficient proficiency in the English language as required by §312 of the Immigration and Nationality Act ("Act"); 8 U.S.C. §1423. *See* attached Ex. 1 Letter from the District Director of the Immigration and Naturalization Service to Maria Isabel Sanchez-Martinez dated February 20, 1998. Since the Petitioner has failed request a review hearing pursuant to §336(a) of the Act within 30 days of the date of the notice, the decision is administratively final. Further, the Petitioner has not filed anything with this Court since the initial filing of her motion

for judicial review in January 1996. Therefore, the motion for judicial review of the denial of the naturalization application should be denied for failure to prosecute and this matter should be dismissed.

The undersigned has attempted to contact the Petitioner, who is pro se, to determine if she would be opposed to this motion. However, since the Petitioner is not proficient in English and the undersigned is not proficient in Spanish, a consensus could not be reached. The Petitioner is presently 74 years of age, having been born on June 16, 1927.

Therefore, the Service respectfully requests that the Petitioner's motion for judicial review of the denial of her naturalization application be denied. It is further respectfully requested that this matter be dismissed.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051

Dated: January 8, 2002

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on Petitioner at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

    Maria Isabel Sanchez-Martinez
    1215 W. Fronton
    Brownsville, TX  78520

on this the __8th__ day of January, 2002.

                                    /s/ Lisa M. Putnam
                                    Lisa M. Putnam
                                    Special Assistant U.S. Attorney

3

**EXHIBIT 1**

<u>**Maria Isabel Sanchez**</u>
No. B-96-004

MISC



U.S. DEPARTMENT OF JUSTICE

Immigration and Naturalization Service

*2102 Teege Avenue*
*Harlingen, Texas 78550-4667*

*Harlingen District Office*

FEB 2 0 1998

Maria Isabel Sanchez Martinez
1215 West Fronton
Brownsville, TX. 78520

A91 363 463
N-400 Application for Naturalization

    On March 20, 1997, you appeared for an examination on your application for naturalization, which was filed in accordance with section 316(a) of the Immigration and Nationality Act.

Section 316 of the Immigration and Nationality Act, as amended, provides:

> (8 USC 1427) (a) No person, except as otherwise provided in this title, shall be naturalized, unless such applicant, (1) immediately preceding the date of filing his application for naturalization has resided continuously, after being lawfully admitted for permanent residence, within the United States for at least five years and during the five immediately preceding the date of filing his application has been physically present therein for periods totaling at least half of that time, and who has resided within the State or within the district of the Service in the United States in which the applicant filed the application for at least three months, (2) has resided continuously within the United States from the date of the application up to the time of admission to citizenship, and (3) during all the periods referred to in this subsection has been and still is a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

Section 312 of the Act further provides:

> (8 USC 1423) No persons except as otherwise provided in this title shall hereafter be Naturalized as a citizen of the United States upon his own application who cannot demonstrate—(1) an understanding of the English language, including an ability to read, write, and speak words in ordinary usage in the English language: Provided, that this requirement shall not apply to any person unable to comply therewith, if otherwise qualified to

Page 2
A91 363 463

be naturalized, or to any person who, on the date of the filing of his application for naturalization as provided in section 334 of this Act, either (A) is over 50 years of age and has been living in the United States for periods totaling at least 20 years subsequent to a lawful admission for permanent residence, or (b) or is over 55 years of age and has been living in the United States for periods totaling at least 15 years subsequent to a lawful admission for permanent residence: Provided further, that the requirements of this section relating to ability to read and write simple words and phrases to the end that a reasonable test of his literacy shall be made and that no extraordinary or unreasonable conditions shall be imposed upon the applicant; and (2) a knowledge and understanding of the fundamentals of the history and of the principles and form of government, of the United States.

On March 20, 1997, you were accorded an examination and on investigation in connection with your application. You did not satisfactorily demonstrate a proficiency in the English language. You were advised that you would be provided another opportunity in which to complete your interview.

On June 18, 1997, you appeared for a second interview. Still, you were not able to satisfactorily demonstrate a proficiency in the English language.

Pursuant to the investigation and examination of your application, it is determined that you are ineligible for naturalization for the following reason:

You are unable to speak ordinary words in the English language. Therefore, your application is denied.

This decision is made without prejudice toward the filing of the new application in the future.

If you desire to request a review hearing on this decision pursuant to section 336(a) of the Act, you must file a request for a hearing within 30 days of the date of this notice. If no request for hearing is filed within the time allowed, this decision is final. A request for hearing may be made to the District Director, with the Immigration and Naturalization Service office which made the decision, on Form N-336, Request for Hearing on a Decision in Naturalization Proceedings under section 336 of the Act, together with a fee of $110. A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Any questions you may have may be answered by the Service Office nearest your residence or at the address in the heading of this letter.

Sincerely,

E. M. Trominski
District Director

Enclosure: N-336

EMT/LPD/OVG/SAT/yh