UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN THE MATTER OF: § | |
| § | |
| MARIA ISABEL SANCHEZ, § | |
| Petitioner. § | |
| § | Misc. No. B-96-004 |
| § | |
| § | |

### O R D E R

Upon consideration of the Motion to Deny Motion for Judicial Review of Denial of Naturalization and Dismiss Case, the Court finds that the Motion should be **GRANTED**.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Petitioner's Motion for Judicial Review of Denial of Naturalization is **DENIED** for failure to prosecute. It is further ordered that this case is DISMISSED. This decision is made without prejudice toward the filing of the new application in the future.

DONE this 22nd day of January, 2002 in Brownsville, Texas.

Filemon B. Vela
United States District Judge